IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **CHARTIS INSURANCE COMPANY CHINA LIMITED AND YIFANG DIGITAL TECHNOLOGY CO., LTD.,**<br><br>               Plaintiff/Petitioner<br><br>vs.<br><br>**CARGO SOLUTION EXPRESS, INC.,**<br><br>           Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **2:14-CV-407-MJP**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **28th day of April, 2014**, at **2:37 PM**, at the address of **CARGO SOLUTION EXPRESS INC., 14587 VALLEY Boulevard, FONTANA**, within the County of **San Bernardino**, State of **California 92335**; this affiant served the above described documents upon **CARGO SOLUTION EXPRESS, INC.** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **BALWINDER "BOBBY" K. KANG, Registered Agent, Who accepted service, with identity confirmed by verbal communication, a black-haired Asian male approx. 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent..**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this 3⃝ day of ___April___ , 20 14

_____
Daniel Ortiz, Reg. # 5868, San Bernardino, CA

Service Fee Total: $ 100.⁰⁰

State of California
County of __Riverside__
Subscribed and sworn to (or affirmed) before me on this 30 day of __April__ , 20 14 , by __Daniel Ortiz__

_____
proved to me on the basis of satisfactory evidence to be the

person(s) who appeared before me.

JANET ESPINOZA MARTINEZ
Commission # 1997840
Notary Public - California
Riverside County
My Comm. Expires Nov 11, 2016

(Seal)

Signature

Notary Public

FOR: **Calfo Harrigan Leyh &
Eakes LLP**
REF: **176-1**

ORIGINAL AFFIDAVIT OF
SERVICE

Tracking #: **30186672** SEA